IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

AUG 0 9 2018

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States of America )

vs. ) Criminal Number **17-88**

)

**QUANTUM SOLUTIONS SRL** )

The above named defendant satisfied the judgment of **JULY 31, 2018**
  By paying on **JULY 31, 2018** the full balance due on court ordered:

_____ASSESSMENT

\_\_\_X\_\_\_FINE

_____RESTITUTION

_____JVTA

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_[signature]_                                          8/9/18

Deputy Clerk                                              Date