# U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN

**FILED** AUG 31 2018
CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

CR-17-0088

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: C.R. 17-88 |
| DEFENDANT: QUANTUM SOLUTIONS | TYPE OF PROCESS: FINAL ORDER/DISPOSITION |

FORF #1

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SEE BELOW

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

LEE J. KARL
ASSISTANT U.S. ATTORNEY
U.S. POST OFFICE & COURTHOUSE
700 GRANT STREET, SUITE 4000
PITTSBURGH, PA 15219

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED U.S. MARSHAL 2018 AUG 31 A 9: [illegible] PITTSBURGH PA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PURSUANT TO THE ATTACHED MOTION AND FINAL ORDER OF FORFEITURE DATED 8/29/18, PLEASE SEIZE AND DEPOSIT THE SUBJECT $2,117,500.00 IN UNITED STATES CURRENCY INTO THE ASSET FORFEITURE FUND.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
*Lee J. Karl/mjp*
TELEPHONE NUMBER: 412-894-7488
DATE: 8/30/18

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 068 | District to Serve No. 068 | Signature of Authorized USMS Deputy or Clerk | Date: 08/31/18 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 08/31/18  Time: [ ] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
CATS NO. 17-FDA-000050
/mjp

Deposited $2,117,500.00 into AFF

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00